COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    Sabrenda T. Littles v. Riverwalk Council of Co-Owners, Inc. and JDH Association Management Co.

Appellate case number:    01-16-00790-CV

Trial court case number:    2015-38134

Trial court:    165th District Court of Harris County

Date motion filed:    October 22, 2018

Party filing motion:    Appellant/Cross-Appellee


       The en banc court has unanimously voted to deny appellant/cross-appellee's motion for en banc reconsideration. It is ordered that the motion is denied.


Judge's signature: ___/s/ Terry Jennings_____
                Acting for the Court the En Banc Court*

Date: ___November 20, 2018___

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.